1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9
MISSION CAPITAL WORKS,
10 INC., a Washington
corporation,
11                                    NO. MISC.-07-124 LKK/GGH
            Plaintiff,
12

13     v.
                                              O R D E R
14 SC RESTAURANTS, INC., et al.,

15          Defendants.

16 _____/

17      Plaintiff Mission Capital Works has filed an application

18 for appointment of a temporary receiver.  Plaintiff seeks a

19 receiver to oversee sale of certain property formerly owned by

20 defendants, in order to satisfy a judgment secured against these

21 defendants in another district.

22      IT IS HEREBY ORDERED that Plaintiff's application to

23 appoint a temporary receiver to sell Judgment Debtor SC

24 Restaurants, Inc.'s abandoned personal property listed in

25 Attachment "A" is granted.

26      IT IS HEREBY FURTHER ORDERED that Mike Helm is appointed as

                                  1

1  the temporary receiver upon the filing of a $10,000.00 receiver

2  bond to complete the following limited issues:

3      1.   Take control of the Debtor's personal property from

4           1700 McHenry Avenue, Suite K, Modesto, CA 95350;

5      2.   Advertise the property for sale upon ten days notice,

6           running from the date of this order;

7      3.   Auction the property to the highest bidder at the

8           notice sale;

9      4.   Employ any agents the receiver deems necessary to

10          move, store, advertise and sell the equipment; and

11     5.   Report to this Court for review and approval of the

12          sale, including distribution of proceeds, and to close

13          the estate on August 17, 2009 at 10:00 a.m.

14     IT IS HEREBY FURTHER ORDERED that the Receiver may

15 generally do such other things as may be necessary or incidental

16 to the foregoing specific powers, directions and general

17 authority and to take actions relating to the subject property

18 provided that the Receiver obtains prior court approval for any

19 actions beyond the scope contemplated herein.

20     IT IS SO ORDERED.

21     DATED:  July 8, 2009.

22

23

24     LAWRENCE K. KARLTON
       SENIOR JUDGE
25     UNITED STATES DISTRICT COURT

26