**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiff
MISSION CAPITAL WORKS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION CAPITAL WORKS, INC., a Washington corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>SC RESTAURANTS, INC., et al.,<br><br>                  Defendants. | Case No. 2:07-MC-124<br><br>U.S.D.C (W.D. Wash.) Case No. C 07-1807<br><br>**ORDER CONFIRMING SALE OF PERSONAL PROPERTY, APPROVING RECEIVER'S INITIAL AND FINAL REPORT AND CLOSING THE RECEIVER'S ESTATE**<br><br>Date:   August 17, 2009<br>Time:  10:00 a.m.<br>Ctrm:  4, 15th Floor<br>Judge: Hon. Lawrence K. Karlton |

The Motion of Plaintiff/Judgment Creditor MISSION CAPITAL WORKS, INC. (hereinafter "Judgment Creditor") for an Order Confirming the Sale of Judgment Debtors' Personal Property, Approving the Temporary Receiver's Initial and Final Report and Terminating the Receivership came before this Court on the above date and time, the Honorable Lawrence K. Karlton, presiding.  The parties appearances are noted on the Court record.

Upon reviewing the pleadings submitted by the parties, hearing oral argument and finding good cause appearing therefor,

IT IS HEREBY ORDERED the sale of Judgment Debtors' personal property is confirmed in the amount of $20,000.00 to the purchaser L.J. Steiner, LLC.  Further, the bill of sale is approved, transferring title free and clear to the buyer.

/ / /

1      IT IS HEREBY FURTHER ORDERED the sale proceeds of $20,000.00 may be distributed in

2  the amount of $10,000.00 to the landlord McHenry-Modesto, a California limited partnership or its

3  assign, and the second $10,000.00 may be paid to Judgment Creditor's counsel, Sampson & Associates,

4  Client Trust Account.

5      IT IS HEREBY FURTHER ORDERED the initial and final report of Receiver Mike Helm is

6  hereby approved.

7      IT IS HEREBY FURTHER ORDERED the temporary receivership estate of Mike Helm is

8  hereby terminated, his bond is exonerated and the estate is closed.

9      **IT IS SO ORDERED.**

10

11  DATED: **August 17, 2009.**

12

13

14                  LAWRENCE  K.  KARLTON

15                  SENIOR JUDGE

                UNITED STATES DISTRICT COURT

16

17

18

19  SAMPSON & ASSOCIATES SAN DIEGO CALIFORNIA 92110 (619)557-9425

20

21

22

23

24

25

26

27

28

**ORDER CONFIRMING SALE OF PERSONAL PROPERTY, APPROVING REC. REP. & CLOSING ESTATE**

G:\DOCS\Orders For Docketing\LKK\ORD.wpd